IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:17-CR-3004 |
| vs. | ORDER |
| WAKONDA HAZEL, | |
| Defendant. | |

This matter is before the Court on the Magistrate Judge's Findings, Recommendation, and Order (filing 232) recommending that the defendant's motion to suppress (filing 137) be denied. The defendant has not objected to the Magistrate Judge's findings and recommendation, which expressly informed her that "failing to file an objection to this recommendation as provided in the local rules of this court may be held to be a waiver of any right to appeal the court's adoption of this recommendation." Filing 232 at 12.

28 U.S.C. § 636(b)(1) provides for de novo review only when a party objected to the magistrate's findings and recommendations. *Peretz v. United States*, 501 U.S. 923 (1991). The failure to file an objection eliminates not only the need for de novo review, but any review by the Court. *Thomas v. Arn*, 474 U.S. 140 (1985); *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609 (8th Cir. 2009). Accordingly, the Court will adopt the Magistrate Judge's findings and recommendation and deny the defendant's motion to suppress.

IT IS ORDERED:

1. The Magistrate Judge's findings and recommendation (filing 232) are adopted.

2. The defendant's motion to suppress (filing 137) is denied.

Dated this 22nd day of September, 2017.

BY THE COURT:

_____
John M. Gerrard
United States District Judge