IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>WAKONDA HAZEL,<br><br>　　　　　　Defendant. | 4:17-CR-3004<br><br>ORDER |

IT IS ORDERED:

1. The plaintiff's Motion to Release Garnishment (filing 642) is granted.

2. The garnishment against Medical Enterprise (filing 638) is released.

Dated this 12th day of August, 2022.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge